**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Deanna Dickerson, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-001527

---

Appeal From Greenville County
Thomas T. Hodges, Family Court Judge

---

Unpublished Opinion No. 2019-UP-038
Submitted January 7, 2019 – Filed January 23, 2019

---

**AFFIRMED**

---

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Dustin Christian Davis, of Dustin C. Davis Attorney at Law, LLC, of Greenville, as Guardian ad Litem for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem for the minor child.

---

**PER CURIAM:** Deanna Dickerson appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Dickerson's counsel.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.